USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X Case No. 11-CV-02767-LAP

KAREN HOOKS and GERALDINE MOORE,

                Plaintiffs,

    -against-

FORMAN, HOLT, ELIADES & RAVIN, LLC.,

                Defendant.
--------------------------------------------------------------X

**SATISFACTION OF JUDGMENT**

#13,1809

**WHEREAS**, a judgment was entered in the above-titled action on the 20th day of September, 2013 in favor of plaintiffs and against defendant in the amount of $1,997.00 for costs taxed in the Court of Appeals for the Second Circuit and said judgment having been fully paid by defendant, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

**NOW THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is authorized and directed to make an entry of the full and complete satisfaction of said judgment on the docket.

Dated: New York, New York
       October 23, 2013.

                                          FAGENSON & PUGLISI
                                          Attorneys for Plaintiffs

                                          /s/ Novlette R. Kidd
                                          NOVLETTE R. KIDD, ESQ.
                                          450 Seventh Avenue, Suite 704
                                          New York, New York 10123
                                          Tel.:(212)268-2128
                                          Fax:(212)268-2127
                                          Nkidd@fagensonpuglisi.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2013 a true and correct copy of the foregoing Satisfaction of Judgment was served by electronic mail on David H. Weinstein, Esq., attorney of record for Defendant Forman Holt Eliades & Ravin, LLC.

Dated: New York, New York
      October 23, 2013.

By: /s/ *Novlette R. Kidd*
NOVLETTE R. KIDD, ESQ.
FAGENSON & PUGLISI
Attorneys for Plaintiffs Karen
Hooks and Geraldine Moore