# FAGENSON & PUGLISI
### ATTORNEYS AT LAW

450 SEVENTH AVENUE
SUITE 704
NEW YORK, NEW YORK 10123

LAWRENCE M. FAGENSON
CONCETTA PUGLISI
NOVLETTE R. KIDD

LINDA V. RAMPERTAB

TELEPHONE: (212) 268-2128
FAX: (212) 268-2127

December 1, 2014

**BY ECF**

The Honorable Loretta A. Preska, Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Hooks et al. v. Forman Holt Eliades & Ravin, LLC. , Case No. 11-cv-02767-LAP**

Dear Chief Judge Preska,

    This office represents Plaintiffs in the captioned matter. We write respectfully seeking clarification on the motion briefing schedule as it pertains to the due date for Plaintiffs' cross-motion for summary judgment. *Dkt. 57*.

    Specifically, the briefing schedule states that "Plaintiffs will respond by December 12, 2014. If the Court allows a cross motion by Plaintiffs, it will also be filed by December 5." It is Plaintiffs' intention to file one memorandum of law which will both support their cross-motion and oppose Defendant's motion. Plaintiffs therefore respectfully seek guidance from the Court as to whether the reference in the briefing schedule to December 5 should have instead been a reference to December 12, such that Plaintiffs have until December 12 to file their opposition and cross-motion.

    As the matter is time-sensitive, the Court's early consideration would be greatly appreciated.

Respectfully Submitted,
FAGENSON & PUGLISI

By: /s/ *Novlette R. Kidd*
    NOVLETTE R. KIDD

*[Handwritten annotation:]* Counsel is correct. I apologize for the error. So ordered. Loretta A. Preska, USDJ  12/1/14

*[Stamp:] USDC SDNY DOCUMENT ELECTRONICALLY FILED  DOC #: ___  DATE FILED: 12-1-14*